In re Amerada Hess (Australia) Ltd., et al.; Amerada Hess (Malaysia-SK-306) Ltd.; Amerada Hess (South Atlantic) Ltd.; Amerada Hess (Yemen) Ltd.; Amerada Hess Corp.; BHP Billiton Petroleum (Americas), Inc.; Carrolton Resources, L.L.C.; Honeywell International, Inc.; Peak Operating Company; SWEPI LP; Union Oil Company of California; — Defendants); Applying For Writ of Certiorari and/or Review, Parish of Vermilion, 15th Judicial District Court Divs. I, F, A, Nos. 84377, 84388, 84384; to the Court of Ap *969 peal, Third Circuit, Nos. CA 11-999, CA 11-1046, CA 11-1001.
Denied.